**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HERBERT O. JACOB and MINERVA S. JACOB, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC., <br><br> Defendant. | Case No. 2:14-cv-00280-RFB-CWH <br><br> **ORDER GRANTING MOTION TO DISMISS** |

For the reasons stated on the record at the hearing held on May 21, 2015,

**IT IS HEREBY ORDERED** that CitiMortgage's Motion to Dismiss (ECF No. 12) is GRANTED. Count IV of Plaintiffs Herbert O. Jacob's and Minerva S. Jacob's Complaint, which states a cause of action for "Violation of due process – Failure to Promulgate Rules Requiring a Meaningful Opportunity to be Heard, Reasoned, Decision-making and Notice of Denial," is DISMISSED. As amendment would be futile, this dismissal is with prejudice.

DATED: May 26, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**