1  LAUREL I. HANDLEY (NV Bar # 9576)
   JORY C. GARABEDIAN (NV Bar # 10352)
2  ALDRIDGE PITE, LLP
   520 South 4th St., Suite 360
3  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
4  Facsimile: (702) 685-6342
   E-mail: JGarabedian@aldridgepite.com
5
   Attorneys for Defendant:
6  CITIMORTGAGE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10 Herbert O. Jacob (an individual)
   Minerva S. Jacob (an individual),          Case No. 2:14-CV-00280-RFB-CWH
11
            Plaintiffs,
12
       v.                                     **STIPULATION AND ORDER OF**
13                                            **DISMISSAL WITH PREJUDICE**
   CitiMortgage, Inc.,
14
            Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Herbert O. Jacob and Minerva S. Jacob, and Defendant CitiMortgage, Inc, by and through their respective undersigned attorneys of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the above-entitled action is dismissed with prejudice, with each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that CitiMortgage, Inc.'s pending Motion for Summary Judgment (Dkt. 27) is withdrawn and moot.

IT IS SO STIPULATED AND AGREED.

Dated this _15th_ day of _September_ , 2016.

ALDRIDGE PITE, LLP

_____
LAUREL I. HANDLEY
JORY C. GARABEDIAN
*Attorneys for CITIMORTGAGE, INC*

_____  9/13/16
MALIK AHMED
*Attorney for HERBERT O. JACOB &*
*MINERVA S. JACOB*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:  September 19, 2016

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE